UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 17-1993

_____

STEVEN L. ROMANSKY,
                                          Appellant

v.

SUPERINTENDENT GREENE SCI;
THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA;
DISTRICT ATTORNEY OF PIKE COUNTY, PENNSYLVANIA

_____

Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Civil Action No. 1-09-cv-01472)
District Judge: Honorable Sylvia H. Rambo

_____

Argued March 6, 2019

Before: SMITH, Chief Judge, AMBRO, and RESTREPO, Circuit Judges

(Opinion filed August 8, 2019)

**ORDER  AMENDING  PRECEDENTIAL  OPINION**

AMBRO, Circuit Judge

        IT IS NOW ORDERED that the Precedential Opinion in the above case filed
August 8, 2019, be amended as follows:

        On page 13, second paragraph, line seventeen, replace "counts" with "courts" so
that the phrase reads "the Pennsylvania courts imposed separate sentences . . . ."

                                          By the Court,

                                          s/ Thomas L. Ambro, Circuit Judge

Dated:  August 9, 2019
cc: All Counsel of Record